**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SUSAN B. LONG,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **DAVID BURNHAM,** ) | **Civil Action No. 5:5cv1522 (NAM/DEP)** |
| ) | **ECF** |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | |
| **OFFICE OF PERSONNEL** ) | |
| **MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>NOTICE OF APPEAL</u>

NOTICE is hereby given that defendant, Office of Personnel Management, hereby

appeals to the United States Court of Appeals for the Second Circuit from that part of the Court's

Order dated February 23, 2010 (document no. 35) requiring defendant to disclose duty station

and organizational component code information of employees in "sensitive" occupations.


Dated:  April 22, 2010                    Respectfully submitted,


                                          TONY WEST
                                          Assistant Attorney General

                                          RICHARD S. HARTUNIAN
                                          United States Attorney

                                          JOHN R. TYLER
                                          Assistant Director
                                          Federal Programs Branch

_/s/_   James J. Schwartz
James J. Schwartz (N.Y. Bar Roll 514612)
Peter D. Leary (N.Y. Bar Roll 514742)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C.  20044
Delivery Address
20 Massachusetts Ave., N.W., Room 7310
Washington, D.C.  20001
Telephone: (202) 616-8261
Fax: (202) 616-8202
James.Schwartz@usdoj.gov

Attorneys for Defendant